Rachel E. Hobbs (SBN CA 186424)
rhobbs@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
Telephone:   310.445.0800
Facsimile:   310.473.2525

Attorney for Plaintiff,
UNITED SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>FBT, INC.; FBT GROUP, INC.; JOHN HENRY HOUGH; REBECCA HOUGH; NEESHU SHARMA; and ANM LOGISTICS, INC.<br><br>           Defendants. | Case No. 1:21-cv-00113-NONE-JLT<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER<br><br>Complaint Filed:     1/27/21<br>_____<br>Trial Date:     Not Assigned |

IT IS HEREBY STIPULATED by and between plaintiff UNITED SPECIALTY INSURANCE COMPANY ("Plaintiff") and Defendant FBT, Inc. ("FBT"), by and through their counsel of record, as follows:

1. Plaintiff filed a Complaint in this action on January 27, 2021;

2. The Complaint was served on FBT, Inc., on February 20, 2021, and its deadline to file a response to the Complaint was March 15, 2021;

3. The parties agree and stipulate that FBT's deadline to answer or otherwise respond to the Complaint shall be extended two weeks until and including March 29, 2021;

4. This stipulated extension will not result in prejudice to any party and it is not expected to have any impact on judicial proceedings.

**IT IS SO STIPULATED**.

DATED: March 16, 2021        SELMAN BREITMAN LLP

By: _____
    RACHEL E. HOBBS
    Attorney for Plaintiff,
    UNITED SPECIALTY INSURANCE COMPANY

DATED: March__, 2021         POLLAK VIDA & BARER

By:/s/ Scott J. Vida_____
    SCOTT J. VIDA
    Attorney for Defendants,
    FBT, Inc. and FBT GROUP, Inc.

# **ORDER**

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that defendant FBT, Inc., shall have an additional two weeks to file a response to Plaintiff's Complaint, through and including March 29, 2021.

IT IS SO ORDERED.

Dated:  **March 17, 2021**                            **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE