UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>FBT, INC, et al.,<br><br>   Defendants. | Case No. 1:21-cv-00113-NONE-JLT<br><br>ORDER CLOSING THE ACTION AS TO FBT GROUP ONLY<br>(Doc. 8) |

  The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1) as to FBT Group Inc, only. (Doc. 8) Accordingly, the Clerk of Court is DIRECTED to close this action as to FBT Group, Inc., **only**.

IT IS SO ORDERED.

 Dated:  **March 18, 2021**       **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE