UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>FBT, INC, et al.,<br><br>              Defendants. | Case No. 1:21-cv-00113-NONE-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br>(Doc. 16) |

The parties have stipulated to continue the scheduling conference by 30 days to allow a proper conference between all of the parties to prepare for the scheduling conference. (Doc. 16 at 2) Thus, the Court **ORDERS**:

1.      The scheduling conference is CONTINUED to May 28, 2021 at 8:30 a.m.

2.      The parties SHALL file the joint scheduling report no later than May 21, 2021.

IT IS SO ORDERED.

Dated:   **April 6, 2021**                        **/s/ Jennifer L. Thurston**
                              CHIEF UNITED STATES MAGISTRATE JUDGE