# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FBT, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-0113- NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANT FBT, INC., AND TO UPDATE THE DOCKET<br><br>(Doc. 30) |

　　On May 18, 2021, Plaintiff filed a Notice of Voluntary Dismissal, indicating the company dismissed the claims against defendant FBT, Inc. pursuant to Rule 41. (Doc. 30) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Thus, the Clerk of Court is **DIRECTED** to close this action only as to Defendant FBT, Inc. and update the docket.

IT IS SO ORDERED.

　　Dated: __May 19, 2021__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE