# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>FBT, INC., et al.,<br><br>              Defendants. | Case No.: 1:21-cv-0113- NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANTS JOHN HENRY HOUGH AND REBECCA HOUGH AND TO UPDATE THE DOCKET<br><br>(Doc. 24) |

Plaintiff filed a Notice of Voluntary Dismissal, indicating the company dismissed the claims against defendants John Henry Hough and Rebecca Hough without prejudice pursuant to Rule 41. (Doc. 24) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because defendants have not appeared or filed an answer, the action was automatically terminated. *Id.* Thus, the Clerk of Court is **DIRECTED** to close this action only as to Defendants John Henry Hough and Rebecca Hough and update the docket.

IT IS SO ORDERED.

    Dated: __May 20, 2021__         _____ **/s/ Jennifer L. Thurston**
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE