UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FBT, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00113-NONE-JLT<br><br>**ORDER TO SHOW CAUSE WHY THE DEFAULT ENTERED AGAINST ANM LOGISTICS SHOULD NOT BE SET ASIDE** |

　　　　The Court ordered the plaintiff to seek default judgment against Neeshu Sharma and ANM Logistics (Doc. 34), after the Clerk entered default as to these defendants (Docs. 23, 30.) Now, the plaintiff seeks an extension of 60 days to file the motion for default judgment because it believes service was not properly completed as to ANM Logistics (Doc. 35) The plaintiff file a motion to serve the entity by publication. Id. at 2. Thus, this begs the question whether the default against ANM Logistics should be set aside. Therefore, the Court **ORDERS**:

　　　　1.　　**Within 14 days**, the plaintiff SHALL show cause why the default entered against ANM Logistics should not be set aside.

IT IS SO ORDERED.

　　　Dated:　**June 28, 2021**　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE