1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED SPECIALTY INSURANCE          Case No. 1:21-cv-00113-NONE-JLT
    COMPANY,
12                                       **ORDER SETTING ASIDE DEFAULT AS**
                 Plaintiff,              **TO ANM LOGISTICS**
13
         v.                              **ORDER GRANTING AN EXTENSION OF**
14                                       **TIME TO SEEK DEFAULT AS TO**
    FBT, INC., et al.,                   **DEFENDANT SHARMA AND DENYING**
15                                       **IT AS TO ANM LOGISTICS AS MOOT**
                 Defendants.             **(Doc. 35)**
16

17          Because it appears that service on ANM Logistics was not proper (Docs. 35, 37), the

18  Court **ORDERS:**

19          1.      The default entered against this defendant is SET ASIDE.

20          2.      The motion for an extension of time to seek default judgment against ANM

21  Logistics (Doc. 35) is MOOT.  The motion for an extension of time to seek default judgment

22  against Neeshu Sharma (Doc. 35) is GRANTED. The plaintiff SHALL seek default judgment

23  within 90 days.

24          3.      The plaintiff may file a motion for authorization to serve by publication within 30

25  days.

26  ///

27  ///

28  ///

1

1        4.     The order to show cause (Doc. 36) is DISCHARGED.

2

3 IT IS SO ORDERED.

4      Dated:   **July 12, 2021**           _**/s/ Jennifer L. Thurston**

                                                           CHIEF UNITED STATES MAGISTRATE JUDGE