UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>FBT, INC., et al.,<br><br>        Defendants. | Case No. 1:21-cv-00113-NONE-JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE ACTION**<br>**(Doc. 39)** |

The plaintiff has filed a voluntary dismissal without prejudice as to the remaining defendants, Neeshu Sharma and ANM Logistics, Inc., under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1). (Doc. 39) Accordingly, the Clerk of Court is DIRECTED assign a district judge to this case and to close this action.

IT IS SO ORDERED.

Dated:   **August 2, 2021**              /s/ Jennifer L. Thurston
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE